Case: 1:25-cv-10476 Document #: 1 Filed: 09/02/25 Page 1 of 12 PageID #:1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IC

**United States District Court**
**Northern District of Illinois**

Rian King, Lataevyon Taylor, Lahajahae Taylor, Plaintiff Larry Taylor

v.

Stephaine White, Dan Fritz and Stephanie White Law Firm, Defendant

1:25-cv-10476
Judge April M. Perry
Magistrate Judge Maria Valdez
RANDOM / Cat. 2

**COMPLAINT**

Defamation – Racial Discrimination

See Attachment


FILED 9/2/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PJJ

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS EASTERN DISTRICT

| | |
|---|---|
| LATAEVYON TAYLOR, LAHAJAE TAYLOR, | ) |
| RIAN KING, LARRY DONNELL TAYLOR. | ) DEFAMATION |
| | ) RACIAL DISCRIMINATION |
| PLAINTIFFS | ) JURY BY DEMAND |
| | ) |
| V | ) |
| STEPHANIE WHITE, DAN FRITZ AND | ) |
| STEPHANIE WHITE LAW FIRM | ) |

### COMPLAINT

NOW COMES Plaintiffs LARRY DONNELL TAYLOR, RIAN KING, LATAE'VYON TAYLOR and LAHAJAE' TAYLOR and complaining of Defendants STEPHANIE WHITE, DAN FRITZ and WHITE LAW FIRM states as follows:

### JURISDICTION AND VENUE

1.This is a action that arises under the United States constitution and Civil Rights Act of 1866 (42 U.S.C 1981)

2. Venue is founded in this judicial court u under and by virtue Title 7 of Civil Rights Act 1964

3. At all times herein mentioned Larry Donnell Taylor, Rian King, Latae'vyon Taylor, Lahajae' Taylor (herein after Plaintiffs) were citizens of the United States and we are within jurisdiction of the court

4. At all time mentioned defendants Stephanie White, Dan Fritz employees of Stephanie White Law firm were employed and retained by plaintiffs Larry Taylor,Rian King, Latae'vyon Taylor, Lahajae' Taylor

5. At all times herein mentioned the employees of Stephanie White firm were attorneys of the state of Illinois existing under the law of state of Illinois at all times managed and operated in the city of Chicago.

## FACTUAL ALLEGATIONS

6. On or about November 2021 Larry Taylor, Rian King, Latae'vyon Taylor and Lahajae' Taylor retained Stephanie White and Dan Fritz employees of Stephanie White law firm in County of cook in Chicago IL.

7. On or about January 2024, Dan Fritz would state to all Plaintiff's (Larry Taylor, Rian King and Moshawn Lowe) that Turo's attorney Andrew Albright is a racist and Chicago's justice system is known as Crook County, where Judges do back door deals with attorneys. Also, if the defense attorney get's in trial and presents any irrelevant things in front of the Jury, they would see and know that he's a racist.

8. On or about January 2024, Dan Fritz also stated, irrelevant or a made up story of another family. Dan told the plaintiffs about another family, whom he stated were Caucasian who was in a rollover intentionally scammed/setting it up. Though Dan stated the rollover was a set up, he also stated that their family was still fully compensated, as trying to use racist narratives looking forward to damaging, incriminating or discrediting the plaintiffs because of their race, stating this with the plaintiffs on numerous occasions, while continuously undermining the plaintiff's case as well as their damages.

9. On February 15, 2024, Stephanie white and Dan Fritz unethically given defendants plaintiffs Larry Taylor, Rian King and Latae'vyon Taylor Facebook passwords and passed the passwords around, at the time invasion of privacy was violated.

10. On or about in March 2024, Rian King had a deposition. After the deposition was over the defense attorney Andrew Albright thought the Plaintiff's had left the room, upset that the plaintiffs brought up/in key evidence. He would yell through the laptop' Dan I thought we had a deal'

meaning a Coerced Deal. Dan immediately jumped up heading out the door, stating through the air/laptop to Andrew' I'm about to call you'!

11. On or about September 6th, 2025, Stephanie White and Dan Fritz Told the people of the court, attorneys and judges, that the Taylor family were scammers.

12. On September 6, 2024, Stephanie White and Dan Fritz committed defamation against Larry Taylor stating to judge Bridget Hughes and people of the court that Larry is a drug dealer who is involved in criminal activity.

13. On September 6,2024, the defamation throughout the court caused, judge Bridget Hughes to repeat the false allegations and misrepresentations from Stephanie White and Dan Fritz by saying if we don't do what she says, the judge said she will allow the defendants to tell the people of the jury that Larry is a drug dealer.

14. On September 6,2024, aid and abetted with the defense attorneys by obstructing justice by right to a fair trial, by willingly knowing that the defense attorneys made misrepresentations and false allegations in plaintiffs Larry Taylor deposition.

15. In October 2024, Stephanie and Dan demonstrated racial and disability discrimination by telling the judge and writing a letter stating what and how can a Black person like Larry afford a luxury car with his type of income disability. Stating it's the obvious he's involved in criminal activity which is a racial stereotype.

16. In December 2024, Stephanie and Dan harassed the plaintiffs case deterring the Plaintiffs from hiring new council by telling an attorney named John that they 'Hate' the plaintiffs.

17. By reason of the above-described acts and omissions of defendant's plaintiffs sustained injuries including but not limited to law special damages, emotional distress, public humiliation, embarrassment and suffered a great

mental and emotional pain and suffering mental anguish to all of their damage and the amount to be ascertained.

18. The affirmative acts of defendants were intentional, willful, wanton, malicious, oppressive and done with reckless indifference to and or callous disregard for the plaintiffs' rights justify the awarding explanatory and punitive damages in the amount to be asserted according to the proof at the time of trial.

## Count I

Defamation to the plaintiff with the intentional act of harming the plaintiff's reputation by publishing and stating false statements about plaintiffs to third parties. (740 ILCS 145/1)

## Count II

Racial Discrimination under 28 U.S.C. section 1331, as this action arises under the constitution and laws of the United States, specifically title VI of the Civil Rights Act of 1964, 42 U.S.C. section 1983, and 18 U.S.C. section 241-242 This is an action that arises under the United States constitution and Civil Rights Act of 1866 (42 U.S.C 1981)

## Count III

Disability Discrimination (The ADA) 42U.S.C 12182

## Count IV

Created a hostile attorney-client relationship.

## Counts V

Invasion of privacy arbitrary intrusion by defendants into the security and privacy of plaintiffs was a violation of plaintiff's constitutional rights not authorized by law.

## **COUNT VI**

Plaintiffs incorporate by reference all preceding paragraphs. Defendants, acting under color of state law, willfully deprived Plaintiffs of rights secured by Constitution and laws of the United States including but not limited to violation of Plaintiffs Due Process and fourteenth amendment rights to a fair jury trial.

## **COUNT VII**

Intentional Interference: Intentionally conspired with defense attorneys to racially discriminate against plaintiffs.

## **COUNT VIII**

Obstruction of justice 720ILS5/31-4

### **Prayer For Relief**

WHEREFORE, Plaintiff respectfully requests that this Court.

A) Award compensatory damages in an amount to be determined at trial;

B) Award punitive damages against the Defendant

C) Grant injunctive relief to prevent further violations

D) Award reasonable attorney's fees and cost pursuant to 42 U.S.C 1988; and

E) Grant such other and further relief as this Court deems just and proper

## PLAINTIFFS DEMAND A TRIAL BY JURY

## ON ALL ISSUES SO TRIABLE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Larry Taylor, Rian King,
Lahajae Taylor, & Lataevyon Taylor

Plaintiff(s),

vs.

Stephain White, Dan Fritz,
Stephaine White Law Firm

Defendant(s).

Case No.

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Larry Taylor, Rian King, Lataevyon Taylor & Lahajae Taylor

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __Stephaine White Dan Fritz__, is
(name, badge number if known)

☐ an officer or official employed by _____;
(department or agency of government)
_____ or

☒ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __Cook County__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about __09/2/25__, at approximately __12pm__ ☐ a.m. ☒ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of __Chicago__ __Illinois__, in the County of __Cook__, State of Illinois, at _____,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: _____
_____
_____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

See Attachments

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Rian King

Plaintiff's name *(print clearly or type)*: Rian King

Plaintiff's mailing address: 8046 S Prairie

City Chicago     State IL     ZIP 60619

Plaintiff's telephone number: (773) 727-1324

Plaintiff's email address *(if you prefer to be contacted by email)*: riank23@yahoo.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]